IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RICHARD AUSTIN, JR.,**

**Plaintiff,**

**v.**

**NATE MCVICKER,**

**Defendant.**                                                               **No. 05-308-DRH**

## ORDER

**HERNDON, Chief Judge:**

Today, Defendant filed a status report indicating that Plaintiff's underlying criminal case is completed (Doc. 31). Thus, the Court **LIFTS** the stay in this case. Further, the Court **DIRECTS** Magistrate Judge Proud to issue a revised trial practice and schedule.

**IT IS SO ORDERED.**

Signed this 20th day of August, 2010.

/s/   David R Herndon
**Chief Judge**
**United States District Court**