UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD AUSTIN, JR., <br><br> Plaintiff, <br><br> v. <br><br> NATE MCVICKER, <br><br> Defendant. | Case No. 05-cv-308-JPG-PMF |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Richard Austin Jr.'s claim seeking to have charges against him dropped is dismissed without prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant Nate McVicker and against plaintiff Richard Austin Jr. on plaintiff Richard Austin Jr.'s claim seeking damages.

DATED: March 21, 2011         NANCY J. ROSENSTENGEL, Clerk of Court

                              By:s/Deborah Agans, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**